Case No.: No. 2:22-cv-08849-RGK-MAA

MARCIA PELLITTERI
22287 Mulholland Highway # 410
Calabasas, California 91302
Phone: (818)340-3100
Fax Number (818)337-2446
Email Address: creativecampaign@aol.com

FILED
CLERK, U.S. DISTRICT COURT
AUG -4 2023
CENTRAL DISTRICT OF CA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| MARCIA PELLITTERI, <br><br> Plaintiff, <br><br> vs. <br><br> TANGLE TEEZER, INC., a Kansas corporation <br><br> SHAUN PULFREY, an individual, TANGLE TEEZER LTD a foreign corporation, and DOES 1 through 100, inclusive <br><br> Defendant(s) | Case No.: No. 2:22-cv-08849-RGK-MAA <br><br> **MARCIA PELLITTERI - PLAINTIFF'S STATEMENT & REQUEST FOR EXTENSION TO OBTAIN LEGAL REPRESENTATION.** <br><br> Date: August 2, 2023 <br> Crtrm: 859 Roybal <br> **HON. R. GARY KLAUSNER** |

<u>**PLAINTIFF'S STATEMENT AND REQUEST FOR EXTENSION TO OBTAIN LEGAL**</u>
<u>**COUNSEL**</u>

1

Case No.: No. 2:22-cv-08849-RGK-MAA

### I. PLAINTIFF'S STATEMENT:

I, the Plaintiff Marcia Pellitteri am writing to the Court to inform the Court of the following:

1. I have been very ill for some time with unexpected multiple very serious medical conditions. This was out of my control as happens with any unexpected illness. Serious complications set in, in addition to the multiple medical problems. Eventually I had to be admitted into the hospital in April 2023 and was there in the hospital into May 2023. The Hospital then transferred me to a medical rehabilitation facility for further medical treatments. I am still in this medical rehab facility receiving further treatments and care. I had medical setbacks in this facility as well.

2. My then attorney Gary Carlin assured me multiple times as did others in his office that he would inform the Court of my illness, hospitalization and transfer to the medical rehabilitation facility I am still in. Gary Carlin and others in his office assured me that Gary Carlin and/or others in his office would request from the Court an adequate extension of tijme for me on everything. I later found out that Gary Carlin and others in his office failed to do so amongst other things too lengthy for this particular document. If Gary Carlin did anything improper while I was ill or at any other time, such as while I was in the hospital and in the medical rehab facility I am still in, I am asking the Court to please see this for what it is as it was totally out of my control. Gary Carlin claims he had to fire the trademark attorney in his office due to misrepresentation and multiple errors which led to Gary losing a huge unrelated case. Gary Carlin also claims personal and business problems which put me unknowingly in the middle of his own problems if what he states is accurate. If I only knew then what I later discovered and know now. Gary Calin and others at his office assured me multiple times that all three (3) Defendants that are currently known were served. Only thru depositions and discovery of the Defendants will it be known if there are other Defendants that are not known yet as of now. Time is needed to find this out amongst other things. Gary Carlin and others at his office appears to have concealed things until it was finally revealed to me by someone. I do not know if the Court is aware of this. This will be addressed at the proper time. So I am writing tp the Court myself to inform the Court of this as well as this unexpected life event medical situation which was thru no fault of my own and can happen to anyone. I need to be properly represented by new legal counsel. Once I

Case No.: No. 2:22-cv-08849-RGK-MAA

recover further and gain back more strength I will go over all with my new counsel to bring all this to light and in turn, given the proper time, my new counsel can do so, so the Court also knows.

3. Defendant's counsel is attempting to take advantage of my situation and has been and still is trying to put attention to turn things on me the Plaintiff, most likely in his attempt to take the Court's attention off his clients (Defendants) werongdoings and Trademark Infringement. Defendant's are out and out infringing. Also more may just come out when Defendants complete discovery and all their depositions are completed. This requires time for proper preparation by my new counsel and so it's done correctly and not in rush mode where things can get compromisesd rushing.
Thank you in advance for your understanding.

4. Prior to this document, I contacted the Defendant's attorney John Rubiner to let him know of my medical condition and my needing time to obtain proper legal counsel to represent me..

5. I started seeking new legal counsel to properly represent me in this very important case as I cannot be expected to represent myself as Defendant's counsel heartlessly expected me to do.

6. My case is currently being evaluated by new counsel. This counsel contacted Defendant's attorney John Rubiner to inform him of this and to request a mutually agreeable extension to give her time to do so. Defendant's counsel refused her request. Defendant's counsel also refused my request for further time as well as disgarding my health and well being. He expected me to represent myself and appears to be taking advantage of my situation that can happen to anyone.

7. I am still in this medical rehabiliation facility that the hospital finally was able to stabilize me and transfer me to for further medical treatments.

8. I am writing the Court as there are two sides to this story and to date my side the Plaintiff's side has not been heard in my opinion the way it needs to be.

9. Defendantsj are attempting to portray false statements about me to take attention off the fact that the Defendants are continuing to defiantly use and Infringe on my

Case No.: No. 2:22-cv-08849-RGK-MAA

Trademark. Defendants are continuing to uses my Trademark to sell products for profit to Defendants even after the USPTO declined Defendant(s) application with no regard for the law and others.

10. I recently found out that this case should have been filed in Federal Court for Trademark Infringement amongst other things as the USPTO and TTAB do not have the authority to do what is needed in this case. This will also be addressed at the proper time.

11. The Defendants filed for a trademark at the USPTO. Defendant(s) application was declinted by the USPTO because I already have the Trademark since filed in 2004 and registered in 2005. The USPTO declined Defendant's application saying it would cause public confsuion or something to this effect. My trademark is used on my expansion products and it will continue to be used. My products are celebrity endorsed.

12. The USPTO's decision to decline Defendant's application was and is correct.

13. There are unanswered important questions that need to be asked of Defendant's in discovery and depositions which have not taken place yet for the Defendants and need to be. I think a lot may come out when this does finally take place and shine even further light on why there may be other things at play here.

**14. CONCLUSION:**

I am asking the Court to please grant me a ninety (90) day extension on everything for the following:
In order to allow me more time to recover. So that I can be at my best in explaining the facts to my new counsel, so the new counsel has adequate time to review the case files in full without being in a rush mode where things can get compromised when put in a rush mode position and so that I can be properly represented legally without being compromised. Also to show the Court that the Defendant's total disregard of the use of another's trademark to sell products for profit using my trademark to do so is a total disregard of the law amongst other things. The USPTO's decision to decline Defendant(s) application was and is correct. That time is needed for my new counsel to properly prepare for the long awaited depositions and discovery of all Defendants which to date have not taken place and need to take place. To have time to recover, spend time explaining all to my new counsel and expose the Defendant's for their out and out

Case No.: No. 2:22-cv-08849-RGK-MAA

135 Trademark Infringement using my trademark to sell Defendant's products for profit to
136 Defendant's, even after Defendant's were told not to and Defendant's total disregard of
137 the use of another's trademark.There is much more to this that needs to finally be told
138 to the Court that has not been addressed and questioned to date and needs to be.
139
140 I would like to thank you in advance for your kind understanding and cooperation
141 concerning this very important matter.
142
143 Dated: August 3, 2023                    Respectfully Submitted
144                                          Marcia Pellitteri
145                                          Plaintiff – An Individual
146                                          By:
147
148                                          *Marcia Pellitteri*
149                                          _____
150                                          Marcia Pellitteri

5

Case No.: No. 2:22-cv-08849-RGK-MAA

**PROOF OF SERVICE**

On August 3, 2023, I served this document(s) to the below named parties, document(s) described as:

**MARCIA PELLITTERI - PLAINTIFF'S STATEMENT & REQUEST FOR EXTENSION TO OBTAIN LEGAL REPRESENTATION.**

**This has been served to the Defendant's Attorney John Rubiner of Freeman Mathis & Gary LLP, as stated below via email and in the mail.**

**FREEMAN MATHIS & GARY, LLP , ,**

**JOHN K. RUBINER**

**E-Mail: jrubiner@fmglaw.com**

550 South Hope Street, Suite 2200

Los Angeles, California 90071-2627

Phone: (213) 615-7000; FAX (833) 264-2083

Attorneys for Defendants Tangle Teezer, Inc., Tangle Teezer, Ltd &

Shaun Pulfrey an individual.

# PRIORITY MAIL EXPRESS®

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

PS10001000006
EP13F July 2022
OD: 12 1/2 x 9 1/2

PRESS FIRMLY TO SEAL

Retail

U.S. POSTAGE PAID
PME 1-Day
SIMI VALLEY, CA 93065
AUG 03, 2023
$32.30
R2305E125625-12

RDC 07

EJ 830 312 295 US

## PRIORITY MAIL EXPRESS®

**FROM:**
Mario Mthollend
22207 Mulholland Highway #410
Calabasas, CA 91302

**TO:**
U.S. District Court
Central District - Western Division
255 E. Temple St.
Los Angeles, CA 90012-3332

ZIP: 90012

RECEIVED
AUG - 4 2023
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

PO ZIP Code: 93063
Date Accepted: 8/3
Scheduled Delivery Date: 8/04
Postage: $28.75
Return Receipt Fee: $3.75
Total Postage & Fees: $32.30
Weight: 2 lbs
Flat Rate

PEEL FROM THIS CORNER

UNITED STATES POSTAL SERVICE®

Marcia Pellitteri
23067 Mulholland Highway
#40
Calabasas, CA 91302

