# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | 2:22-cv-08849-RGK-MAA |
| Title | *Marcia Pellitteri v. Tangle Teezer, Ltd. et al* |
| Date | August 10, 2023 |

**Present: The Honorable**  R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio (not present) | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (IN CHAMBERS) Order Re: Plaintiff's Request for Order for Extension to Obtain Legal Representation [DE 62]

Having considered Plaintiff's Request and Defendant's Opposition, the Court continues the following deadlines:
- The discovery cut-off date is continued from September 6, 2023 to September 20, 2023
- The motion cut-off date is continued from September 20, 2023 to October 4, 2023

The pretrial conference remains scheduled for November 20, 2023. The jury trial remains scheduled to begin on December 5, 2023. Absent extraordinary circumstances, the Court will not grant any additional continuances in this matter. If Plaintiff is unable to retain counsel at any point in these proceedings, she may seek new counsel or her own time, not the Court's time, or proceed pro se in accordance with the above deadlines.

**IT IS SO ORDERED.**

| | : |
|---|---|
| Initials of Preparer | JRE/ak |