JS6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| MARCIA PELLITTERI,<br><br>　　　　Plaintiff,<br>　　v.<br><br>TANGLE TEEZER LTD., a foreign corporation; TANGLE TEEZER, INC., a Kansas corporation; SHAUN PULFREY, an individual, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-08849-RGK-MAA<br><br>**FINAL JUDGMENT** |

　　The First Amended Complaint (ECF No. 18) (hereinafter "FAC") of Plaintiff and counter-defendant Marcia Pellitteri ("Plaintiff" or "Pellitteri") having been adjudicated, and the operative counterclaims (ECF No. 19) of defendant and counterclaimant Tangle Teezer, Inc. ("Defendant" or "TTI") having been adjudicated, and pursuant to the Court's November 7, 2023 Order granting Defendant's Motion for Summary Judgment (ECF No. 120) in favor of TTI:

　　IT IS NOW ORDERED AND ADJUDGED that:

1. Plaintiff abandoned any rights she may have had in the mark THE ULTIMATE EVERYTHING BRUSH.

2. Judgment is hereby entered in Defendant's favor on Plaintiff's claims for (i) trademark infringement pursuant to 15 U.S.C. § 1114; (ii) common law trademark infringement; (iii) false designation of origin and unfair competition pursuant to 15 U.S.C. § 1125(a); (iv) trademark dilution pursuant to 15 U.S.C. § 1125(c); and (v) contributory trademark infringement.

3. Judgment is hereby entered in Defendant's favor and against Plaintiff on TTI's counterclaim for cancellation of U.S. Registration No. 2,989,541 pursuant to 15 U.S.C. § 1119 on grounds that Plaintiff abandoned the mark THE ULTIMATE EVERYTHING BRUSH.

4. Judgment is hereby entered in Defendant's favor and against Plaintiff on TTI's counterclaim for cancellation of U.S. Registration No. 2,989,541 on grounds that a proper declaration of use was not timely filed in the name of Marcia Pellitteri as owner pursuant to 15 U.S.C. § 1058(a)(1).

5. U.S. Registration No. 2,989,541 is hereby cancelled pursuant to 15 U.S.C. § 1119.

6. This Court's order cancelling U.S. Registration No. 2,989,541 for THE ULTIMATE EVERYTHING BRUSH **SHALL BE CERTIFIED** to the Director of the United States Patent and Trademark Office, who shall make appropriate entry upon the records of the United States Patent and Trademark Office and be controlled thereby.

7. The Clerk of the Court **SHALL MAIL**, by certified mail, return receipt requested, a certified copy of this Final Judgment and an executed version of the attached Form AO 120, to:

   Mail Stop 8
   Director of the U.S. Patent and Trademark Office
   P.O. Box 1450

Alexandria, VA 22313-1450

8. Plaintiff's claims asserted in the FAC are dismissed with prejudice.

9. Plaintiff shall take nothing by the FAC.

10. Defendant is the prevailing party with respect to all the claims asserted in the FAC and with respect to all of the Defendant's counterclaims.

Dated: November 14, 2023

*/s/ Gary Klausner*

R. Gary Klausner
United States District Judge

AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____for the Central District of California_____ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:22-cv-08849 | DATE FILED<br>12/7/2022 | U.S. DISTRICT COURT<br>for the Central District of California |
|---|---|---|
| PLAINTIFF<br>MARCIA PELLITTERI | | DEFENDANT<br>Tangle Teezer Ltd.,<br>Tangle Teezer Inc.,<br>Shaun Pulfrey |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,989,541 | 8/30/2005 | Marcia Pellitteri |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See attached Final Judgment cancelling trademark Registration No. 2,989,541 for THE ULTIMATE EVERYTHING BRUSH. |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**